# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS
### No. 19-1859V

|  |  |
|---|---|
| MARIA CRISTINA NARGI, | Chief Special Master Corcoran |
| Petitioner, | Filed: December 26, 2024 |
| v. |  |
| SECRETARY OF HEALTH AND HUMAN SERVICES, |  |
| Respondent. |  |

*Matthew F. Belanger, Faraci Lange LLP, Rochester, NY,* for Petitioner.

*Lynn C. Schlie, U.S. Department of Justice, Washington, DC,* for Respondent.

### DECISION AWARDING DAMAGES[1]

On December 9, 2019, Maria Cristina Nargi filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered a shoulder injury related to vaccine administration ("SIRVA") after receiving an influenza ("flu") vaccination on January 5, 2017. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On October 11, 2024, a ruling on entitlement was issued, finding Petitioner entitled to compensation for her SIRVA. On December 23, 2024, Respondent filed a proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $61,530.00, representing $60,000.00 in past pain and suffering and $1,530.00 for past unreimbursable expenses. Proffer at 1-2. In the Proffer, Respondent represented that Petitioner agrees

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

with the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **I award Petitioner a lump sum payment of $61,530.00 in the form of a check payable to Petitioner.** This amount represents compensation for all damages that would be available under Section 15(a).

The Clerk of Court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**OFFICE OF SPECIAL MASTERS**

|  |  |  |
|---|---|---|
| MARIA CRISTINA NARGI, | ) | |
| | ) | |
| Petitioner, | ) | No. 19-1859V |
| v. | ) | Chief Special Master Corcoran |
| | ) | ECF |
| SECRETARY OF HEALTH | ) | |
| AND HUMAN SERVICES, | ) | |
| | ) | |
| Respondent. | ) | |

<u>**PROFFER ON AWARD OF COMPENSATION**</u>

On August 4, 2023, petitioner filed a Motion for a Ruling on the Record arguing that she had established entitlement to compensation for a shoulder injury related to vaccine administration. ECF No. 42. Respondent filed his Response to Petitioner's Motion for a Ruling on the Record on September 11, 2023, recommending that entitlement to compensation be denied. ECF No. 43. On October 11, 2024, the Court issued a Ruling on Entitlement, finding that petitioner is entitled to compensation.[1] ECF No. 48.

**I.    <u>Items of Compensation</u>**

A.    <u>Pain and Suffering</u>

Respondent proffers that petitioner should be awarded $60,000.00 in pain and suffering. *See* 42 U.S.C. § 300aa-15(a)(4). Petitioner agrees.

---

[1] Respondent has no objection to the amount of the proffered award of damages set forth herein. Assuming the Chief Special Master issues a damages decision in conformity with this proffer, respondent waives his right to seek review of such damages decision. However, respondent reserves his right, pursuant to 42 U.S.C. § 300aa-12(e), to seek review of the Chief Special Master's October 11, 2024, entitlement decision.

B.    Past Unreimbursable Expenses

Evidence supplied by petitioner documents that she incurred past unreimbursable expenses related to her vaccine-related injury.  Respondent proffers that petitioner should be awarded past unreimbursable expenses in the amount of $1,530.00.  *See* 42 U.S.C. § 300aa-15(a)(1)(B).  Petitioner agrees.

II.    **Form of the Award**

Petitioner is a competent adult.  Evidence of guardianship is not required in this case. Respondent recommends that the compensation provided to petitioner should be made through a lump sum payment of $61,530.00, in the form of a check payable to petitioner.[2]  Petitioner agrees.

> Respectfully submitted,
>
> BRIAN M. BOYNTON
> Principal Deputy Assistant Attorney General
>
> C. SALVATORE D'ALESSIO
> Director
> Torts Branch, Civil Division
>
> HEATHER L. PEARLMAN
> Deputy Director
> Torts Branch, Civil Division
>
> GABRIELLE M. FIELDING
> Assistant Director
> Torts Branch, Civil Division

---

[2] Should petitioner die prior to the entry of judgment, the parties reserve the right to move the Court for appropriate relief.  In particular, respondent would oppose any award for future medical expenses, future lost earnings, and future pain and suffering.

2

*/s/ Lynn C. Schlie*
LYNN C. SCHLIE
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, D.C. 20044-0146
Tel: (202) 616-3667
Email: lynn.schlie@usdoj.gov

DATED:  December 23, 2024

3